44 P.3d 285

# SUPREME COURT OF HAWAI'I

Aquarian Foundation v. Association of Apartment Owners of Waikiki Park Heights .......................... 21732    03/02/2001    Affirmed in part, Reversed in part and Remanded

Hamaguchi v. Associated Financial Profiles, Inc. ...... 22991    02/11/2002    Affirmed in part, Vacated and Remanded

State v. Stow ..................................... 23136    02/21/2002    Vacated and Remanded for new trial

State v. Sinagoga .................................. 22099    03/06/2002    Affirmed

Castro v. Administrative Director of Courts, State of Hawai'i ........ 23232    05/22/2001    Granted    98 Hawai'i 53 41 P.3d 715

Nakasone v. Nakasone ........... 23460    04/05/2002    Granted